UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD ROSEBROUGH, et al.,

    Plaintiffs,                                    Case No. 18-cv-10222
                                                      Hon. Matthew F. Leitman

v.

BANNUM PLACE, INC., et al.,

    Defendants.

_____/

**ORDER TO APPEAR FOR HEARING ON PLAINTIFF'S
COUNSEL'S MOTION TO WITHDRAW AS COUNSEL [ECF #18]**

On September 10, 2018, David Robinson as counsel for Plaintiff, Bruce Edwards filed a Motion to Withdraw as Counsel [ECF #18].

**IT IS HEREBY ORDERED** that Mr. Robinson shall appear at the United States District Court, 140 Federal Building and U.S. Courthouse, 600 Church Street, Courtroom 127, Flint, Michigan, on **Thursday, September 20, 2018 at 11:30 a.m.** for a hearing on plaintiff's counsel's motion. Counsel for Defendants may, but it not required to, attend the hearing as well.

**IT IS FURTHER ORDERED** that David Robinson shall serve a copy of this Order on Plaintiff, Bruce Edwards by regular mail (and e-mail, if available) and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

                                                        /s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
Dated: September 10, 2018              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2018, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9764