UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEAYA L. THOMAS.,

     Plaintiff,                            Case No. 17-cv-13492
                                              Hon. Matthew F. Leitman

v.

BANNUM PLACE, INC.,

     Defendant.


DONALD ROSEBROUGH, et al.,

     Plaintiffs,                         Case No. 18-cv-10222
                                              Hon. Matthew F. Leitman

v.

BANNUM PLACE, INC., *et al.*,

     Defendants.
_____/

**<ins>ORDER ON MOTION HEARING</ins>**

On April 22, 2019, the Court held a motion hearing on pending motions in both *Ceaya Thomas v. Bannum Place, Inc.*, case number 17-cv-13492, and *Donald Rosebrough, et al. v. Bannum Place Inc., et al.*, case number 18-cv-10222.  For the reasons stated on the record at that motion hearing, **IT IS HEREBY ORDERED** as follows:

- Defendants' objections to the Magistrate Judge's February 6, 2019, discovery order (ECF #45 in case number 17-cv-13492 and ECF #36 in case number 18-cv-10222) are **OVERRULED**.  <u>All</u> discovery that Magistrate Judge Patti ordered Defendants to produce in his February 6, 2019, discovery order shall be produced by the Defendants no later than **<u>May 20, 2019</u>**.

- Plaintiffs' motions to extend the scheduling orders in both actions (ECF #51 in case number 17-cv-13492 and ECF #38 in case number 18- cv-10222) are **GRANTED**.  The new dates in <u>both</u> actions shall be as follows:

  - Fact Discovery Cutoff:                                        August 19, 2019
  - Rule 26(a)(2) Proponent Expert Disclosures:       September 17, 2019
  - Rule 26(a)(2) Rebuttal Expert Disclosures:          October 15, 2019
  - Expert Discovery Cutoff:                                     November 14, 2019
  - Dispositive Motion and Challenges to Experts:    December 11, 2019
  - Rule 26(a)(3) Pretrial Disclosures:                        February 14, 2020

- Plaintiffs' motion for default judgment (ECF #54 in case number 17-cv-13492) is **DENIED** without prejudice.

- The parties shall **SHOW CAUSE**, in writing, by no later than **<u>May 13, 2019</u>**, why these two actions should not be consolidated for all purposes, including trial, pursuant to Federal Rule of Civil Procedure 42(a).  If any party favors

consolidation, the party should present argument why the cases should be consolidated. These submissions shall not exceed 10 pages.

**IT IS SO ORDERED**.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 22, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 22, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764